IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| SHERRIE HECKENDORN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1216-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Martin R. Cohen
P.O. Box 1229
4040 Douglas Way
Lake Oswego, Oregon  97035

Linda S. Ziskin
3 Monroe Parkway, Suite P, PMB#323
Lake Oswego, Oregon  97035

        Attorneys for Plaintiff

Page 1 - JUDGMENT

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

Terrye E. Shea
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED

to the Commissioner for a finding of disability.

      Dated this ____19th_____ day of March, 2008.


                        ___/s/ Garr M. King_____
                        Garr M. King
                        United States District Judge