FILED'08 MAY 16 11:58 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHERRIE HECKENDORN,**

Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

Defendant.

Defendant.

Civil No. 06-1216-KI

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6935.07, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs shall be awarded to Plaintiff; mailed to Plaintiff's attorney.

DATED this 15th day of May, 2008.

HON. GARR M. KING
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**MARTIN R. COHEN,** OSB # 77023
(503) 635-5805
Attorney for Plaintiff