FILED'08 AUG 13 14:08 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SHERRIE HECKENDORN,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

Case No. CV 06-1216-KI

ORDER

Attorney fees in the amount of $10,548.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $ 6935.07, pursuant to the equal Access to Justice Act(EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to the Plaintiff's attorney at his current address shown above the balance of $3613.18, minus any user fee. Any amount with withheld (including the EAJA fee offset) after all administrative and court attorney fees are paid should be released to the claimant.

Dated this 13/14 day of ~~July~~ August, 2008,

HON. GARR M. KING
UNITED STATES DISTRICT JUDGE

Presented by:

Martin R. Cohen, OSB #77023

503-635-5805

P.O. Box 1229
4040 Douglas Way
Lake Oswego, OR 97035

ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. 406(b)